39 F.3d 1168
 Bailey (Sharmon D.), Brown (Ida D.), Stephens (Carmen B.)
v.
Gallagher (Neil R.), Gaeta (Peter W.), Uhrmacher (Bette),
Montante (Peter), Jeannopoulos (John C.), Cassell (Susan),
Cleary (Jane), Ebon Research Systems, Dyer (Suzanne),
Hatcher (Lisa), Alexander (Dr. Florence Hicks)
 NO. 94-5087
 United States Court of Appeals,
 Third Circuit.
 Sept 15, 1994
 
 Appeal From: D.N.J.,
 Debevoise, J.
 
 
 1
 AFFIRMED.